FILED

MAR 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona
Phoenix

ORDER

The briefing schedule is set as follows. The opening brief and excerpts of record are due May 3, 2011. The answering brief is due July 8, 2011. The reply brief is due within 21 days after service of the answering brief.

ENTERED AT AND BY THE DIRECTION OF THE COURT:

Molly C. Dwyer
Clerk of Court