CA No. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| LEZMOND MITCHELL,<br>Plaintiff-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant-Appellee. | ) | DC# CV 09-8089-MHM |

APPLICATION FOR EXEMPTION FROM CIRCUIT RULE 46-5

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

HONORABLE MARY H. MURGUIA
United States District Judge

SEAN K. KENNEDY
Federal Public Defender
STATIA PEAKHEART
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854

Attorneys for Plaintiff-Appellant

APPLICATION FOR EXEMPTION FROM CIRCUIT RULE 46-5

The Office of the Federal Public Defender of the Central District of California, counsel for plaintiff-appellant Lezmond Mitchell, hereby applies for an exemption from Circuit Rule 46-5, governing practice by former Court employees, to permit Deputy Federal Public Defender Gia Kim to participate in this appeal. This application is based on the attached declaration of Ms. Kim, the files and records in this case and Mr. Mitchell's prior appeal, CA No. 03-99010, and any further information that the Court may request.

March 10, 2011

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Statia Peakheart*
STATIA PEAKHEART
Deputy Federal Public Defender

# DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I served as a law clerk to the Honorable William A. Fletcher from September 2004 to August 2005.

2. In July 2007, I began my present employment as a deputy federal public defender at the Office of the Federal Public Defender ("FPD") for the Central District of California in Los Angeles.

3. The FPD represents plaintiff-appellant Lezmond Mitchell in this appeal of the denial of a Section 2255 motion in a federal death penalty case, which has been docketed as CA No. 11-99003. The FPD did not represent Mr. Mitchell in CA No. 03-99010, the direct appeal of his conviction and sentence.

4. The direct appeal in Mr. Mitchell's case, CA No. 03-99010, was pending in this Court while I was clerking for Judge Fletcher. Specifically, Mr. Mitchell's original opening brief was filed on June 15, 2005. (Docket No. 44.) A replacement opening brief and appellee's replacement answering brief were not filed until August 8, 2006, and September 5, 2006, respectively, after I had completed my clerkship. (Docket Nos. 81, 83.)

5. Oral argument was heard on February 15, 2007, and a three-judge panel issued an opinion on September 5, 2007. (Docket Nos. 109, 114.) Judge Fletcher was not a member of the panel.

6. To my knowledge, Judge Fletcher was never assigned to the case and never had any involvement of any kind in the case while I clerked for him.

7. While serving in my capacity as a clerk to Judge Fletcher, I had no direct or indirect involvement in this case, never performed any work in relation to it, and had no discussion or knowledge of the panel's involvement in this case.

8. I have thus far strictly complied with Circuit Rule 46-5 and have not participated or assisted in Mr. Mitchell's current case, either in district court proceedings or on appeal.

9. I am requesting an exemption from Circuit Rule 46-5 to represent Mr Mitchell in his current appeal because (1) to my knowledge, Judge Fletcher did not participate in Mr. Mitchell's prior appeal during my clerkship; (2) I had no knowledge of or involvement in Mr. Mitchell's prior appeal during my clerkship; and; (3) I have demonstrated strict compliance with Rule 46-5.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on March 10, 2011, at Los Angeles, California.

s/ *Gia Kim*

Gia Kim

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*Kate Harlan*
Kate Harlan