FILED

APR 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

Appellant's Application for Exemption from Circuit Rule 46-5 is GRANTED. Deputy Federal Public Defender Gia Kim is allowed to participate in this appeal.