CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | DC No. CV 09-8089-MHM |

APPELLANT'S MOTION FOR 180-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant-Appellant

APPELLANT'S MOTION FOR 180-DAY EXTENSION
OF TIME TO FILE OPENING BRIEF

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby moves the Court for a 180-day extension of time, to October 31, 2011, within which to file his opening brief in this capital case. This motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b). It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

Counsel for appellee has indicated that while he does not oppose an extension of 60 days, he objects to the 180-day extension sought in this motion.

April 18, 2011

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this capital appeal, *Mitchell v. United States*, C.A. No. 11-99003, and have been assigned the responsibility for preparing Mr. Mitchell's opening brief. Mr. Mitchell's opening brief is currently due on May, 3, 2011. Appellant has not previously requested any extension of time to file his opening brief. For the reasons set forth below, appellant requests a 180-day extension of time, to October 31, 2011, within which to file the opening brief.

2. The court reporter is not in default with regard to any designated transcripts.

3. This appeal concerns the district court's denial of a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence in a capital case. The Office of the Federal Public Defender for the Central District of California ("FPD") did not represent Mr. Mitchell at trial or on direct appeal in this case. Although FPD attorneys did represent Mr. Mitchell in his Section 2255 proceedings before the district court, I was not among them. I am a member of the FPD's appeals unit, and I was assigned to handle the Section 2255 appeal.

4. Because I clerked for a judge of this Court while Mr. Mitchell's direct appeal of his conviction and sentence (CA No. 03-99010) was pending, I was required to file an Application for Exemption from Circuit Rule 46-5 and could not participate or assist in Mr. Mitchell's appeal until that exemption was granted. This appeal was docketed on March 1, 2011, and a briefing schedule was set on March 7, 2011. (CR 1, 2.) I filed an Application for Exemption from

Circuit Rule 46-5 on March 10, 2011, and the exemption was granted on April 1, 2011. (CR 3, 4.) In compliance with Circuit Rule 46-5, I did not review the FPD's files in this case or consult with the attorneys who represented Mr. Mitchell in the district court until after April 1, 2011.

5. I am seeking an extension due to size of the record and the number of issues presented in this capital case:

a.) The docket of Mr. Mitchell's trial and sentencing proceedings in district court (CR 01-1062) contains more than 500 entries. The docket of the Section 2255 proceedings in district court (CV 09-8089-MHM) contains more than 60 additional entries.

b.) The trial record in this case includes 49 transcripts, including 4,209 pages of transcripts from Mr. Mitchell's 26-day trial in federal district court.

c.) Mr. Mitchell's Section 2255 motion raises 25 challenges to Mr. his conviction and/or sentence and includes 126 exhibits. (CR 9, CV 09-8089-MHM). Although the district court granted a certificate of appealability as to only three claims (CR 56 at 62, CV 09-8089-MHM), I must research and review all 25 claims to determine whether to brief any uncertified issues pursuant to Circuit Rule 22-1(e).

d.) The parties filed oversized briefs in Mr. Mitchell's direct appeal from the conviction and death sentence (CR 81, 83, 90, CA 03-99010), and I anticipate that an oversized opening brief will be filed in this appeal as well.

6. Because of the complex nature of this capital case, as well as my responsibilities in ongoing cases, I will require additional time to prepare the

appellant's opening brief in this case. A 180-day extension would extend the due date for filing the opening brief to October 31, 2011. I have exercised diligence in this matter, and I anticipate being able to file the opening brief by October 31, 2011.

5. On April 18, 2011, I contacted Assistant United States Attorney Vincent Kirby, counsel for appellee, regarding this motion. He informed me that while he does not oppose an extension of 60 days, he objects to the 180-day extension sought in this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2011, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2011, I electronically filed the foregoing: Appellant's Motion for 180-Day Extension of Time to File Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*Anita Espinosa*
Anita Espinosa