CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | ) | DC No. CV 09-8089-MHM |

# APPELLANT'S MOTION FOR 90-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant-Appellant

APPELLANT'S MOTION FOR 90-DAY EXTENSION
OF TIME TO FILE OPENING BRIEF

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby moves the Court for a 90-day extension of time, to January 30, 2012, within which to file his opening brief in this capital case. This motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b). It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

Counsel for appellee has indicated that the government will defer to the Court regarding this motion.

September 29, 2011

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this capital appeal, *Mitchell v. United States*, C.A. No. 11-99003, and have been assigned the responsibility for preparing Mr. Mitchell's opening brief. Mr. Mitchell's opening brief is currently due on October 31, 2012. Appellant has previously received a 180-day extension of time to file the opening brief. For reasons related to my workload and the complexity of this capital case, appellant requests an additional 90-day extension of time, to January 30, 2012, within which to file the opening brief.

2. The court reporter is not in default with regard to any designated transcripts.

3. My current work commitments necessitate an extension until January 30, 2012. I have two oral arguments set in this Court this month: (1) *United States v. Dehaney*, CA No. 10-50518, scheduled for argument on October 13, 2011; and (2) *Fuentes v. Gonzalez*, CA No. 09-56903, scheduled for argument on October 14, 2011. The preparation for these back-to-back arguments has required a great deal of time. *Dehaney* is an appeal of a trial case involving one challenge to the conviction and three challenges to the sentence. *Fuentes* is a Section 2254 appeal where the issue is sufficiency of the evidence in a California first-degree murder case; the record is large, and this Court has allotted 15 minutes per side for oral argument.

4. In addition, I am responsible for preparing the opening brief in *United States v. Meyer*, CA No. 11-50247, an appeal of a supervised release revocation, which is due on October 24, 2011. Because Mr. Meyer is serving a five-month

sentence and is scheduled to be released on October 26, 2011, I plan to move to expedite the case when I file the opening brief. I am also currently responsible for preparing the opening brief in *United States v. Bates*, CA No. 11-50224. This brief is due on October 17, 2011; however, I filed a motion to withdraw as counsel on appeal, which is pending in this Court, so I do not anticipate filing the brief on that date.

5. This appeal concerns the district court's denial of a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence in a capital case. The Office of the Federal Public Defender for the Central District of California ("FPD") did not represent Mr. Mitchell at trial or on direct appeal in this case. Although FPD attorneys from the capital habeas unit did represent Mr. Mitchell in his Section 2255 proceedings before the district court, I was not among them. I am a member of the FPD's appeals unit, and I was assigned to handle the Section 2255 appeal.

6. Because I clerked for a judge of this Court while Mr. Mitchell's direct appeal of his conviction and sentence (CA No. 03-99010) was pending, I was required to file an Application for Exemption from Circuit Rule 46-5 and could not participate or assist in Mr. Mitchell's appeal until that exemption was granted on April 1, 2011. (CR 4.) In compliance with Circuit Rule 46-5, I did not review the FPD's files in this case or consult with the attorneys who represented Mr. Mitchell in the district court until after April 1, 2011.

7. I am seeking an extension due to size of the record and the number of issues presented in this capital case:

a.) The docket of Mr. Mitchell's trial and sentencing proceedings in district court (CR 01-1062) contains more than 500 entries. The docket of the Section 2255 proceedings in district court

(CV 09-8089-MHM) contains more than 60 additional entries.

b.) The trial record in this case includes 49 transcripts, including 4,209 pages of transcripts from Mr. Mitchell's 26-day trial in federal district court.

c.) Mr. Mitchell's Amended Section 2255 motion raises 28 challenges to his conviction and/or sentence and includes 171 exhibits. (CR 30, 60, CV 09-8089-MHM). Although the district court granted a certificate of appealability as to only three claims (CR 56 at 62, CV 09-8089-MHM), I must research and review all 28 claims to determine whether to brief any uncertified issues pursuant to Circuit Rule 22-1(e).

d.) The parties filed oversized briefs in Mr. Mitchell's direct appeal from the conviction and death sentence (CR 81, 83, 90, CA 03-99010), and I anticipate that I will seek to file an oversized opening brief in this appeal as well.

8. Because of the complex nature of this capital case, as well as my responsibilities in ongoing cases, I will require additional time to prepare the appellant's opening brief in this case. A 90-day extension would extend the due date for filing the opening brief to January 30, 2012. I have exercised diligence in this matter, and I anticipate being able to file the opening brief by January 30, 2012.

9. On September 28, 2011, I contacted Assistant United States Attorney Vincent Kirby, counsel for appellee, for his position on this motion. On September 29, 2011, Mr. Kirby informed me that the government will defer to the Court regarding this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2011, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM