FILED

OCT 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona,
Phoenix

ORDER

Due to the death of Judge Rymer, Judge Wardlaw has been drawn in her place.

FOR THE COURT

MOLLY C. DWYER
Clerk of Court

By: Pinky Argonza, Deputy Clerk