CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | DC No. CV 09-8089-MHM |

# APPELLANT'S MOTION FOR 60-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant-Appellant

# APPELLANT'S MOTION FOR 60-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby moves the Court for a 60-day extension of time, to March 31, 2012, within which to file his opening brief in this capital case. This motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b). It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

Counsel for appellant left a voicemail message for opposing counsel regarding this motion on December 28, 2011. Opposing counsel's voicemail indicated that he was on annual leave and would not be checking email or voicemail messages until January 3, 2012.

December 28, 2011

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

# DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this capital appeal, *Mitchell v. United States*, C.A. No. 11-99003, and have been assigned the responsibility for preparing Mr. Mitchell's opening brief. Mr. Mitchell's opening brief is currently due on January 30, 2012. Appellant has previously received a 180-day and a 90-day extension of time to file the opening brief. For reasons related to my workload and the complexity of this capital case, appellant requests an additional 60-day extension of time, to March 31, 2012, within which to file the opening brief.

2. The court reporter is not in default with regard to any designated transcripts.

3. This appeal concerns the district court's denial of a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence in a capital case. The Office of the Federal Public Defender for the Central District of California ("FPD") did not represent Mr. Mitchell at trial or on direct appeal in this case. Although FPD attorneys from the capital habeas unit did represent Mr. Mitchell in his Section 2255 proceedings before the district court, I was not among them. I am a member of the FPD's appeals unit, and I was assigned to handle the Section 2255 appeal.

4. Because I clerked for a judge of this Court while Mr. Mitchell's direct appeal of his conviction and sentence (CA No. 03-99010) was pending, I was required to file an Application for Exemption from Circuit Rule 46-5 and could not participate or assist in Mr. Mitchell's appeal until that exemption was

granted on April 1, 2011. (CR 4.) In compliance with Circuit Rule 46-5, I did not review the FPD's files in this case or consult with the attorneys who represented Mr. Mitchell in the district court until after April 1, 2011.

5. I am seeking an extension due to size of the record and the number of issues presented in this capital case:

a.) The docket of Mr. Mitchell's trial and sentencing proceedings in district court (CR 01-1062) contains more than 500 entries. The docket of the Section 2255 proceedings in district court (CV 09-8089-MHM) contains more than 60 additional entries.

b.) The trial record in this case includes 49 transcripts, including 4,209 pages of transcripts from Mr. Mitchell's 26-day trial in federal district court.

c.) Mr. Mitchell's Amended Section 2255 motion raises 28 challenges to his conviction and/or sentence and includes 171 exhibits. (CR 30, 60, CV 09-8089-MHM). Although the district court granted a certificate of appealability as to only three claims (CR 56 at 62, CV 09-8089-MHM), I had to research and review all 28 claims to determine whether to brief any uncertified issues pursuant to Circuit Rule 22-1(e).

d.) The parties filed oversized briefs in Mr. Mitchell's direct appeal from the conviction and death sentence (CR 81, 83, 90, CA 03-99010), and I anticipate that I will seek to file an oversized opening brief in this appeal as well.

6. In addition, because this is a capital Section 2255 case, each stage of the briefing requires several rounds of internal and external review. After I came to a preliminary conclusion as to which uncertified issues to raise on appeal, my

analysis of the uncertified issues was reviewed not only by the supervising attorney in the Federal Public Defender's appeals unit, but also by members of the FPD's Capital Habeas Unit, who worked on the case in district court. In addition, members of the Federal Capital Appellate Resource Counsel and the 2255 Project, which provide consultation and assistance in capital appeals and capital 2255 cases, respectively, have vetted the uncertified issues and will review the draft of the opening brief in this case.

7. I have exercised diligence in this and other matters before this Court:

a.) I have completed reviewing the extensive trial and Section 2255 pleadings and transcripts.

b.) I have researched all 25 uncertified claims in Mr. Mitchell's petition.

c.) I have drafted a substantial portion of the statement of facts for the opening brief.

d.) Since the last extension was granted, I have argued two cases in this Court. *United States v. Dehaney*, CA No. 10-50518, (October 13, 2011); and (2) *Fuentes v. Gonzalez*, CA No. 09-56903 (October 14, 2011). I also filed a Petition for Rehearing with Suggestion for Rehearing En Banc in *Fuentes* on December 15, 2010; this Court ordered a response to the PFR/PFREB on December 23, 2010.

8. Because of the complex nature of this capital case, as well as my responsibilities in ongoing cases, I will require additional time to prepare the appellant's opening brief in this case. A 60-day extension would extend the due date for filing the opening brief to March 31, 2012. I have exercised diligence in

this matter, and I anticipate being able to file the opening brief by March 31, 2012.

9. On December 28, 2011, I called Assistant United States Attorney Vincent Kirby, counsel for appellee, for his position on this motion. Mr. Kirby's voicemail greeting indicated that he was on leave until January 3, 2012, and would not be checking voicemail or email messages while out of the office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2011, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2011, I electronically filed the foregoing Appellant's Motion for 60-Day Extension of Time to File Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*Lynn Evangelista*

Lynn Evangelista