FILED

JAN 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona,
Phoenix

ORDER

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

Appellant's Unopposed Motion for 60-Day Extension of Time to File Opening Brief is GRANTED. The opening brief is due on or before April 2, 2012.