FILED

APR 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

Appellant's Motion for 40-Day Extension of Time to File Opening Brief is GRANTED. The opening brief is due on or before May 14, 2012.

SILVERMAN, Circuit Judge, dissenting:

I would deny the motion. This will be the fourth extension of time. The deadline for filing the opening brief has already been extended 330 days. The additional 40 days granted today means that the deadline for filing the opening brief will have been pushed back over a year. Enough is enough.