Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

9th Cir. No. 11-99003

Case Name: Lezmond C. Mitchell v. United States of America

The Clerk will enter my appearance as counsel on behalf of: Lezmond C. Mitchell

- [x] Appellant
- [x] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [ ] Check if you are lead counsel

- [ ] (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm)

I am replacing (name of counsel):

Signature /S/

Date May 7, 2012

Name Jonathan C. Aminoff

Address Office of the Federal Public Defender

321 East 2nd Street

City Los Angeles State CA Zip Code 90012

Phone Number (for ex., 4153558000) (213) 894-5374