CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | ) | DC No. CV 09-8089-MHM |

**APPELLANT'S MOTION TO EXCEED THE PAGE LIMITATION FOR HIS OPENING BRIEF**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
STATIA PEAKHEART
JONATHAN C. Aminoff
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Petitioner-Appellant

APPELLANT'S MOTION TO EXCEED THE PAGE
LIMITATION FOR HIS OPENING BRIEF

Pursuant to Ninth Circuit Rule 32-2, Appellant Lezmond C. Mitchell hereby moves to file a brief in excess of the 21,000-word limitations for an appellant's opening brief in a capital case. Appellant respectfully requests leave to file a brief containing 36,973 words and 130 pages. A copy of the opening brief has been filed concurrently with this motion. The reasons for the requests are set forth in the attached declaration of Deputy Federal Public Defender Gia Kim.

Counsel for appellee has indicated that the government opposes this motion, as well as any further extensions to file the opening brief if this motion is not granted.

May 11, 2012

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

# DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this capital appeal, *Mitchell v. United States*, C.A. No. 11-99003, and have been assigned the primary responsibility for preparing Mr. Mitchell's opening brief, with assistance from Deputy Federal Public Defenders Statia Peakheart and Jonathan C. Aminoff..

2. I am submitting this motion to file an oversize brief in excess of the 21,000-word and 75-page limits for opening briefs in capital cases. I am filing the brief concurrently with this request. The brief contains 36,973 words and spans 130 pages.

3. I believe that a brief in excess of the word limit is necessary for several reasons. The size of the trial record in this case is borne out by the fact that the opening brief in Mr. Mitchell's direct appeal from the conviction and death sentence contained 44,902 words. (CA 03-99010, Docket No. 44.) Although there are fewer issues in this Section 2255 appeal than in the direct appeal, the fact sections in this brief covers not only the record of the guilt and penalty phases, as in the direct appeal, but important points from the 171 supporting exhibits to Mr. Mitchell's Section 2255 motion and the depositions of Mr. Mitchell's three trial attorneys. In addition, because the district court denied Mr. Mitchell's motion without a hearing, I had to brief the applicable standards and law on Section 2255 evidentiary hearings. And because the district court denied Mr. Mitchell's request to interview jurors based on a local rule, I had to brief what I believe to be a procedural issue of first impression regarding the interaction of such rules and fact-finding in capital Section 2255 proceedings.

4. In addition, this brief is in keeping with the length of briefs and applications of certificates of appealability in other capital Section 2255 cases. For example, in *Nelson v. United States*, Case No. 07-3071, the appellant filed a 150-page application for a certificate of appealability, which the Eighth Circuit granted in part (without further briefing) when it remanded for an evidentiary hearing on several ineffective assistance claims. 297 Fed. Appx. 563, 565 (8th Cir. 2008). In *Sinisterra v. United States*, Case No. 08-1925, another Eighth Circuit capital Section 2255 case, the appellant filed a 109-page application for a certificate of appealability, followed by a brief of almost 24,000 words. (Docket entries for 7/17/08 and 4/10/09.) Because Mr. Mitchell was granted a COA on some of his claims by the district court, this Court's rules require him to brief his certified and uncertified claims together in the opening brief. Ninth Cir. Rule 22-1(e). Although this Court will generally not extend the length of a brief to accommodate uncertified issues except "in the extraordinary case," Ninth Cir. Rule 22-1(f), Mr. Mitchell submits that for the reasons above, his case is extraordinary and requires full consideration of his uncertified claims.

5. I have diligently worked to winnow the claims and reduce the word length of this brief. In the past two months, I have cut more than 16,000 words from drafts of this brief and have taken particular care to present the uncertified claims in a concise manner. I do not believe the brief can be made shorter without sacrificing quality, and I believe that exceeding the page limitation is necessary to effectively represent Mr. Mitchell and present meritorious claims to this Court.

6. Should this Court deny this motion, I respectfully request that it grant Mr. Mitchell until June 12, 2012, to file a replacement opening brief, as I will be out of the office from May 14 until May 29.

7. On May 11, 2012, I contacted Assistant United States Attorney

Vincent Kirby, counsel for appellee, regarding this motion. He informed me that the government opposes this motion to file a brief in excess of the word and page limits, as well as any further extensions to file the opening brief if this motion is not granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2012, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit, at whose direction the service by mail described herein was made to:

Vincent Quill Kirby
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 North Central Ave., Ste. 1200
Phoenix, AZ 85004-4408

A copy of: **APPELLANT'S MOTION TO EXCEED THE PAGE LIMITATION FOR HIS OPENING BRIEF**

This certification is executed on May 11, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Lynn Evangelista*
Lynn Evangelista