RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 14 2012

FILED ________ ____
DOCKETED ________ ____
DATE INITIAL

CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

**DEATH PENALTY CASE**

DC No. CV 09-8089-MHM

# APPELLANT'S NOTIFICATION OF UNDER SEAL FILING

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
STATIA PEAKHEART
JONATHAN C. AMINOFF
GIA KIM
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Petitioner-Appellant

## APPELLANT'S NOTIFICATION OF UNDER SEAL FILING

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby gives notice pursuant to Ninth Cir. R. 27-13(b) that he has filed certain excerpts of record under seal in two volumes of Sealed Excerpts of Record.

The Sealed Excerpts of Record include documents that were filed under seal in the district court, Case No. CR 01-1062-MHM (D. Ariz.), and include (1) the second superseding indictment (Docket No. 130); (2) juror questionnaires for the seated and alternate jurors; (3) transcripts of voir proceedings held on April 1, 2003; April 2, 2003; April 3, 2003; April 10, 2003; April 15, 2003; April 22, 2003; April 23, 2003; April 24, 2003; April 25, 2003; (4) transcripts of other proceedings held on May 8, 2003; May 9, 2003; May 13, 2003; and May 14, 2003; and (5) special sentencing verdict forms. The district court's orders sealing the voir dire proceedings and identifying information of jurors and veniremembers are attached (Docket Nos. 368 and 493); in addition, the sealed nature of each of these documents is reflected on their respective cover pages.

May 11, 2012

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By [signature]
GIA KIM
Deputy Federal Public Defender

FILED ___ LODGED
RECEIVED ___ COPY
AUG 27 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
vs.
Lezmond Mitchell,
Defendant.

CR 01-1062-PCT-MHM

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that the identity of the jury panel in the above-captioned matter be withheld from the public record.

**IT IS FURTHER ORDERED** that all transcripts of voir dire proceedings be filed under sealed and any remaining transcripts be redacted to remove jurors' names.

**IT IS FURTHER ORDERED** that Defendant's Motion to Unseal for Production of Transcript (file doc. 366) is **GRANTED**. All sealed hearings regarding Defendant Mitchell held before this Court shall be unsealed for the sole purpose of production of transcripts.

DATED this 26th day of August, 2003.

MARY H. MURGUIA
United States District Judge

368

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Lezmond Mitchell,<br>Defendant. | CR 01-1062-PCT-MHM<br>C.O.A. No. 03-99010<br><br>**ORDER** |

The Ninth Circuit Court of Appeals has remanded this matter for clarification of the Court's February 13, 2004 order, which directed unsealing of the entire record "for appeal purposes only." The remand order states:

> [T]he district court is invited to explain whether it intended by the February 13, 2004 order: (a) that the entire record in this case would thereafter be public information, including the names of the jurors and venire persons; or (b) that the entire record would be unsealed only for the purpose that counsel could obtain the transcripts of all proceedings and prepare the appellate briefs, but that the names and addresses of and other identifying information concerning the jurors and venire persons would otherwise continue to be maintained under seal.

Pursuant to this request, the Court clarifies that it intended the latter. The Court further states that it directed the redaction of jurors' names and the sealing of voir dire proceedings to protect the privacy of jurors and venire persons and to ensure that identifying information regarding these individuals be permanently withheld from the public record. The Court's February 13, 2004 order was intended to unseal the record only for the limited purpose of

providing the parties with a complete record for preparation of appellate pleadings; it did not intend for the otherwise sealed portions to become public information.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court provide a copy of this Order to the Ninth Circuit Court of Appeals forthwith.

DATED this 21st day of June, 2006.

Mary H. Murguia
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit, at whose direction the service by mail described herein was made to:

Vincent Quill Kirby
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 North Central Ave., Ste. 1200
Phoenix, AZ 85004-4408

A copy of: **APPELLANT'S NOTIFICATION OF UNDER SEAL FILING**

This certification is executed on May 11, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Lynn Evangelista