FILED

JUN 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's motion for leave to file an oversize opening brief is granted in part. Within 21 days after the date of this order, the appellant shall file a brief not to exceed 33,000 words.

The answering brief is due within 51 days after the date of this order, and the optional reply brief is due within 14 days after service of the answering brief.

05.28.12/cag/Appellate Commissioner