UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LEZMOND C. MITCHELL,

Defendant-Appellant.

C.A. No. 11-99003

D.Ct. No. CV-09-8089-PCT-MHM

**MOTION FOR EXTENSION OF BRIEFING TIME**

For the reasons set forth in the attached Declaration of Vincent Q. Kirby, the United States, pursuant to Circuit Rule 31-2.2(b) moves this Court for a 90-day extension of time in which to file its brief from July 27, 2012, to and including October 25, 2012.

Respectfully submitted this 17th day of July, 2012.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Vincent q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Attorneys for Appellee

# DECLARATION

VINCENT Q. KIRBY hereby states:

1. That he is an Assistant United States Attorney with primary responsibility for handling the appeal in the above-captioned case;

2. That the brief of the United States currently is due to be filed on July 27, 2012;

3. That this is the first extension that has been requested by the United States;

4. That he needs additional time to file the brief because this is a capital case involving an appeal of a denial of a Motion to Vacate, Set Aside, Correct Sentence by a Person in Federal Custody. Petitioner filed an oversized brief on May 11, 2012 but was later ordered to file a reduced one which was filed on June 27, 2012. It contains approximately 33,000 words and the excerpt of record comprises 17 volumes. The initial response date of July 27, 2012, remained unchanged. The appeal presents the three issues for which a certificate of appealability was given, but seeks additional certificates on six other uncertified issues.

5. That two of the four attorneys in the appellate section have left the office to take the bench; therefore additional time is needed for the editing process;

6. That he avows that he has exercised diligence in attempting to complete the brief, that the extension is not being sought for the purposes of delay, and that the brief will be filed within the time requested;

7. That opposing counsel, Gia Kim, has been contacted and does not oppose the extension being granted;

8. That the court reporter is not in default with regard to any designated transcripts; and

9. That the defendant does not have a projected release date because this is a capital case.

Dated this 17th day of July, 2012.

*s/ Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system to the following registrants: Gia Kim, defendant-appellant.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney