CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | DC No. CV 09-8089-MHM |

# APPELLANT'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
STATIA PEAKHEART
JONATHAN C. AMINOFF
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant-Appellant

# APPELLANT'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby moves the Court for a 60-day extension of time, to January 14, 2013, within which to file his reply brief in this capital case. This motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b). Appellant has not received any previous extensions to file the reply brief in this case. It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

Counsel for appellee stated that the government does not oppose the requested extension.

October 30, 2012

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this capital appeal, *Mitchell v. United States*, C.A. No. 11-99003, and have been assigned the responsibility for preparing Mr. Mitchell's reply brief. The government's answering brief was electronically filed on October 25, 2012, and Mr. Mitchell's reply brief is currently due on November 13, 2012. *See* Fed. R. App. 26(c); Cir. R. 26-2 (allowing three additional days for service of electronically filed briefs). Appellant has not received any previous extensions to file the reply brief in this case. For reasons related to the complexity of this capital case and counsel's workload, appellant requests a 60-day extension of time, to January 14, 2013, within which to file the reply brief.

2. The court reporter is not in default with regard to any designated transcripts.

3. This appeal concerns the district court's denial of a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence in a capital case. The government's answering brief is lengthy, at 17,531 words, and the record is large (19 volumes of excerpts of record). I will therefore need additional time to prepare the reply brief.

4. My work commitments also necessitate an extension until January 14, 2013:

a.) I am responsible for preparing appellant's opening brief in

*Castellanos v. Small*, CA No. 12-55783. This brief is currently due on November 8, 2012.

b.) I am responsible for preparing appellant's reply brief in *Nguyen v. Curry*, CA 11-56792. This brief is currently due on November 19, 2012.

c.) I am responsible for preparing appellant's opening brief in *Ibarra v. McEwen*, CA 12-55925. This brief is currently due on November 21, 2012.

d.) I am responsible for preparing appellant's opening brief in *United States v. Paez*, CA 12-50408. This brief is currently due on December 31, 2012.

5. Because of the complex nature of this capital case, as well as my responsibilities in ongoing cases, I will require additional time to prepare the appellant's reply brief. A 60-day extension would extend the due date for filing the reply brief to January 14, 2013. I have exercised diligence in this matter, and I anticipate being able to file the reply brief by that date.

6. On October 30, 2012, I contacted Assistant United States Attorney Vincent Kirby, counsel for appellee, for his position on this motion. Mr. Kirby indicated that the government does not oppose this extension request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2012, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM