CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | ) | DC No. CV 09-8089-MHM |

APPELLANT'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
STATIA PEAKHEART
JONATHAN C. AMINOFF
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant-Appellant

# APPELLANT'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby moves the Court for a 30-day extension of time, to February 13, 2013, within which to file his reply brief in this capital case. This motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b). Appellant has previously received a 60-day extension to file the reply brief in this case. It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

On December 26, 2012, I emailed opposing counsel regarding this motion. As of the filing of this motion, I have not heard back from opposing counsel regarding his position on the requested extension.

December 27, 2012

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this capital appeal, *Mitchell v. United States*, C.A. No. 11-99003, and have been assigned the responsibility for preparing Mr. Mitchell's reply brief. Mr. Mitchell's reply brief is currently due on January 14, 2013. *See* Fed. R. App. 26(c); Cir. R. 26-2 (allowing three additional days for service of electronically filed briefs). Appellant has previously received a 60-day extension to file the reply brief in this case. To ensure that my client has sufficient time to review the draft brief and discuss it with counsel, and to fulfill my other work commitments, appellant requests an additional 30-day extension of time, to February 13, 2013, within which to file the reply brief.

2. The court reporter is not in default with regard to any designated transcripts.

3. The opening brief in this case was initially submitted for review on May 11, 2012. (Docket No. 18.) Pursuant to this Court's order, a shortened version of the opening brief was filed on June 27, 2012. (Docket Nos. 23, 24.) The government's answering brief was filed on October 25, 2012. (Docket Nos. 28, 29.)

4. I am requesting this extension primarily to ensure that my client has sufficient time to receive a copy of the draft reply brief in the mail, review it, and discuss it with counsel. Because legal calls at Mr. Mitchell's institution, the United States Penitentiary in Terre Haute, Indiana, are often limited to an hour or

less, I expect that more than one legal call or a legal visit will be required.

5. My work commitments also necessitate an extension until February 13, 2013:

a.) I am responsible for preparing appellant's opening brief in *United States v. Paez*, CA No. 12-50408. This brief is currently due on December 31, 2012. However, a motion for a 30-day extension, to January 30, 2013, is pending.

b.) I am responsible for preparing appellant's reply brief in *Ibarra v. McEwen*, CA No. 12-55925. This brief is currently due on January 7, 2013. However, a motion for a 60-day extension, to March 8, 2013, is pending.

c.) I am responsible for preparing appellant's opening brief in *United States v. Gutierrez*, CA 12-50351, which is currently due on January 22, 2013.

d.) I am responsible for preparing appellant's opening brief in *United States v. Combs*, CA 12-50453, which is currently due on January 28, 2013.

e.) I am responsible for preparing appellant's opening brief in *Castellanos v. Small*, CA No. 12-55783. This brief is currently due on February 6, 2013. I have received a 30-day and a 90-day extension to file this brief.

f.) I am responsible for preparing appellant's opening brief in *United States v. Rangel-Vidal*, CA No. 12-50478. This brief is currently due on February 11, 2013.

6. For the foregoing reasons, I will require additional time to prepare the appellant's reply brief. A 30-day extension would extend the due date for filing the reply brief to February 13, 2013. I have exercised diligence in this matter, and I anticipate being able to file the reply brief by that date.

7. On December 26, 2012, I emailed Assistant United States Attorney Vincent Kirby, counsel for appellee, for his position on this motion. I also twice attempted to leave voicemail messages for Mr. Kirby but was unable to do so due to an apparent glitch with the voicemail system at his office. As of the filing of this motion, I have not heard back from counsel for appellee regarding his position on the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 27, 2012, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2012, I electronically filed **Appellant's Motion for 30-Day Extension of Time to File Reply Brief** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*Lynn Evangelista*
Lynn Evangelista