FILED

JAN 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona,
Phoenix

ORDER

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

Appellant's Motion for 30-Day Extension of Time to File Reply Brief is GRANTED. The reply brief is due on or before February 13, 2013. The court would not look favorably on any further extension requests.