**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
FAX 213-894-0081

**SEAN K. KENNEDY**
*Federal Public Defender*

**MARK R. DROZDOWSKI**
*Supervising Attorney*
*Capital Habeas Unit*

Direct Dial: 213-894-5374

April 23, 2013

Clerk of the Court
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Lezmond C. Mitchell v. United States of America*
Case No. 11-99003

Dear Clerk:

I am writing to inform you that Statia Peakheart is no longer employed with the Office of the Federal Public Defender and will no longer represent Mr. Mitchell in the above referenced matter. Accordingly, please remove Ms. Peakheart from the above referenced case. Ms. Gia Kim and I will remain as counsel for Mr. Mitchell.

Sincerely,

*/S/ Jonathan C. Aminoff*
Jonathan C. Aminoff
Deputy Federal Public Defender

Attorney for Petitioner-Appellant
Lezmond C. Mitchell

JA:sv