CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | ) | **DEATH PENALTY CASE**<br>DC No. CV 09-8089-MHM |

APPELLANT'S MOTION TO CHANGE DATE OF ORAL ARGUMENT

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

SEAN K. KENNEDY
Federal Public Defender
JONATHAN C. AMINOFF
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Petitioner-Appellant
LEZMOND C. MITCHELL

# APPELLANT'S MOTION TO CHANGE DATE OF ORAL ARGUMENT

Appellant Lezmond Mitchell, by and through his attorney of record, Deputy Federal Public Defender Gia Kim, hereby moves the Court to reschedule oral argument, currently set for July 26, 2013, to a date on or after November 1, 2013 due to counsel's planned and approved maternity leave. This motion is made pursuant to Federal Rules of Appellate Procedure 34(b) and Ninth Circuit Rule 34-2. It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

On April 26, 2013, I contacted counsel for appellee, Assistant United States Attorney Vincent Kirby, regarding this motion. Mr. Kirby stated that he will leave it to the Court but would prefer that the date of oral argument remain the same.

April 26, 2013

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

By: s/ *Gia Kim*
GIA KIM
Deputy Federal Public Defender

DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, this is true:

1. I am a Deputy Federal Public Defender in the Central District of California. I am lead counsel for appellant Lezmond Mitchell in this appeal of the denial of a Section 2255 motion in a capital case, *Mitchell v. United States*, C.A. No. 11-99003, and I had primary responsibility for preparing the opening brief and the reply brief.

2. On April 23, 2013, this case was calendared for oral argument on July 26, 2013, in Pasadena. (Docket No. 38.) Appellant's opening brief in this case was filed on June 28, 2012, the government's answering brief was filed on October 25, 2012, and appellant's reply brief was filed on February 13, 2013. (Docket Nos. 24, 29, 36.)

3. I am requesting a postponement of oral argument until after November 1, 2013, because I will be going on maternity leave shortly. My due date is May 12, 2013, possibly as late as May 26, and I do not believe that I can adequately prepare for oral argument by July 26. Although my supervisor and the Federal Public Defender for the Central District of California, Sean Kennedy, have authorized maternity leave until November 18, 2013, in light of the Court's calendaring order and the significance of this case, I believe that I could cut short my maternity leave and be prepared for oral argument in November, at any time and location that is convenient to the Court. If, however, the Court cannot accommodate this request, our office will make arrangements for coverage of the oral argument. We do not believe this would be the preferred solution for the

following reasons:

4. Given the large record and number of issues in this federal death-penalty case, I do not believe that I could adequately prepare for oral argument on July 26, or that another attorney in the office could within reasonable time limits prepare to take my place by that date:

a.) In the opening brief, Mr. Mitchell raised eleven issues -- three certified issues, two procedural issues, and six uncertified issues. Because the certified claims involve ineffective assistance of counsel at both the guilt and penalty phases of Mr. Mitchell's trial, they require familiarity with much of the large trial record, as well as with the voluminous exhibits submitted in the course of the Section 2255 proceedings.

b.) The excerpts of record filed in this case total more than 4,700 pages in nineteen volumes.

c.) The docket of Mr. Mitchell's trial and sentencing proceedings in district court (CR 01-1062) contains more than 500 entries. The docket of the Section 2255 proceedings in district court (CV 09-8089-MHM) contains more than 60 additional entries.

d.) Statia Peakheart, lead counsel for Mr. Mitchell in district court, is no longer employed by the Office of the Federal Public Defender and is no longer representing Mr. Mitchell in this case. (Docket No. 39.)

e.) Jonathan Aminoff, second counsel for Mr. Mitchell in district court, is on the briefs filed in this Court. However, Mr.

Aminoff's role in the Court of Appeals was limited to editing drafts of the briefs. I have had primary responsibility for researching and briefing this appeal since April 1, 2011, when my application for exemption from Circuit Rule 46-5 (Restrictions on Practice by Former Court Employees) was granted. (Docket No. 4.)

5. I apologize to the Court for not notifying it sooner of my unavailability for oral argument. Based on my discussions with members of our office's Capital Habeas Unit regarding the scheduling of death-penalty cases for oral argument, I mistakenly understood that it was customary for a year to elapse between the filing of the reply brief and oral argument in such appeals. *See Cudjo v. Ayers*, CA 08-99028 (more than sixteen months between filing of the reply brief and oral argument); *Payton v. Ayers*, CA 07-99020 (nearly fifteen months between filing of the reply brief and oral argument). I also checked the docket for *Stankewitz v. Wong*, CA 10-99001, a death-penalty case in which the petitioner was represented by the Federal Public Defender's Office of the Eastern District of California, which this Court decided in October 2012. Like Mr. Mitchell's case, *Stankewitz* was a capital comeback case. In *Stankewitz*, oral argument was scheduled for a date more than twelve months after the reply brief was filed. Since receiving the calendaring order in this case, I have notified the Court of my availability in my only other fully-briefed appeal, a noncapital habeas case, *Ibarra v. McEwen*, CA 12-55925.

6. I am requesting an oral argument date after November 1, 2013, for two reasons. First, I expect that the oral argument in this case will require several

weeks of full-time preparation, and I do not think that I can adjust my current childcare arrangements to begin before October 1. Second, it is my understanding, based on my supervisor's discussions with Federal Public Defender Sean Kennedy, that our office currently anticipates furlough days during at least part of September before the fiscal year ends on October 1 due to the sequestration budget cuts. For these reasons, I do not expect to be able to start serious preparation for the oral argument before October 1 at the earliest.

7. For the foregoing reasons, I respectfully request that this Court change the date of oral argument to a date after November 1, 2013. This request is not made for the purposes of delay. Rather, the request reflects my belief that I will be unable to provide representation for Mr. Mitchell at oral argument on July 26, and that continuity of counsel throughout the briefing and argument process is in the best interests of my client.

8. On April 26, 2013, I contacted counsel for appellee, Assistant United States Attorney Vincent Kirby, regarding this motion. Mr. Kirby stated that he will leave it to the Court but would prefer that the date of oral argument remain the same.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2013, at Los Angeles, California.

s/ *Gia Kim*
GIA KIM

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I electronically filed **APPELLANT'S MOTION TO CHANGE DATE OF ORAL ARGUMENT** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*Lynn Evangelista*
Lynn Evangelista