FILED

NOV 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Oral argument is rescheduled to Wednesday, February 19, 2014, at 10:30 a.m., in Courtroom 1 of the Richard H. Chambers U.S. Court of Appeals Building in Pasadena, California. Each side will be allotted thirty (30) minutes to present its arguments.

**IT IS SO ORDERED.**

FOR THE COURT:
Molly Dwyer, Clerk of Court

By: Allison Fung
Deputy Clerk