# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number: 11-99003

Case Title: Mitchell v. United States

**assigned for hearing:**

Date: 02-20-2014 Time: 10:30 am Courtroom: 1

Location: Pasadena, California

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name: Gia Kim

Address: Office of the Federal Public Defender
321 E. 2nd Street

City: Los Angeles State: CA Zip Code: 90012

Phone: 213-894-4408 Email Address: Gia_Kim@fd.org

Party/parties represented: Lezmond C. Mitchell

Special needs you may require in the courtroom:

**Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

○ I certify that I am admitted to practice before this Court.

(x) I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): s/ Gia Kim Date: 12-02-2013

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.

-or-

*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250