# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the **Acknowledgment of Oral Argument**, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*Lynn Evangelista*
Lynn Evangelista