Case: 11-99003 11/27/2013 ID: 8882070 DktEntry: 47-2 Page: 1 of 1

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number: 11-99003

Case Title: Lezmond C. Mitchell v. United States

**assigned for hearing:**

Date: February 20, 2014 Time: 10:30 am Courtroom: 1

Location: 125 South Grand Avenue, Pasadena, CA 91105

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name: Vincent Q. Kirby

Address: Two Renaissance Square, 40 N. Central Ave., Suite 1200

City: Phoenix State: AZ Zip Code: 85004

Phone: (602) 364-7918 Email Address: vincent.kirby@usdoj.gov

Party/parties represented: United States

Special needs you may require in the courtroom:

**Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

(●) I certify that I am admitted to practice before this Court.

( ) I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): s/ Vincent Q. Kirby Date: December 2, 2013

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250