FILED

FEB 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona,
Phoenix

ORDER

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

This case is referred to the Circuit Mediation Unit. The Circuit Mediator will contact counsel for the parties to determine whether they are willing to pursue mediation. Submission of this appeal is vacated until further order of the court. The Circuit Mediator will advise the panel of the status of mediation within sixty (60) days of the date of this order.

**IT IS SO ORDERED.**

cc: Circuit Mediator