FILED

MAR 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The court will initiate a further conference by telephone on May 20, 2014, at 2:00 p.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation