UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
U.S. District Court for Arizona, Phoenix

**ORDER**

The court will initiate a further conference by telephone on September 22, 2014, at 3:00 p.m. **Pacific Time.**

FOR THE COURT:

Claudia Bernard
Chief Circuit Mediator

bs/mediation