CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | DC NO. CV 09-8089-MHM |

# JOINT STATUS REPORT

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA


| | |
|---|---|
| JOHN S. LEONARDO<br>United States Attorney<br>VINCENT Q. KIRBY<br>Assistant United States Attorney<br>Two Renaissance Square<br>40 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408<br>Telephone: (602) 514-7500<br>Email: vincent.kirby@usdoj.gov<br>Attorneys for Respondent-Appellee | SEAN K. KENNEDY<br>Federal Public Defender<br>GIA KIM<br>JONATHAN C. AMINOFF<br>Deputy Federal Public Defenders<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-2854<br>Email: sean_kennedy@fd.org<br>Attorneys for Petitioner-Appellant |

**JOINT STATUS REPORT**

The parties hereby submit this mediation joint status report pursuant to this Court's order of July 9, 2014 (Dkt. No. 57). On July 22, 2014, counsel for appellant Lezmond Mitchell submitted a written presentation, including supporting attachments, to counsel for appellee. The written presentation, which asks the Attorney General to consider withdrawing the death penalty in this case, will be reviewed by the United States Department of Justice. In light of the Department of Justice's multi-stage review process, the parties agreed to participate in an additional mediation conference in two months. The next mediation conference is scheduled for September 22, 2014. (Dkt. No. 58.)

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: July 31, 2014 By *_/s/ Sean K. Kennedy_*
SEAN K. KENNEDY
Federal Public Defender
Attorney for Petitioner-Appellant

DATED: July 31, 2014 By *_/s/ Vincent Q. Kirby_* (per email authorization)
VINCENT Q. KIRBY
Assistant United States Attorney
Attorney for Respondent-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: July 31, 2014

*/s Carmen I. Kelly*
Carmen I. Kelly