FILED

AUG 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

The parties shall submit a joint status report within seven days after the next scheduled mediation conference. Assuming the next mediation conference will take place on Monday, September 22, 2014, this report shall be due no later than Monday, September 29, 2014.

**IT IS SO ORDERED.**