CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent-Appellee. | DC NO. CV 09-8089-MHM |

**JOINT STATUS REPORT**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA



| | |
|---|---|
| JOHN S. LEONARDO<br>United States Attorney<br>VINCENT Q. KIRBY<br>Assistant United States Attorney<br>Two Renaissance Square<br>40 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408<br>Telephone: (602) 514-7500<br>Email: vincent.kirby@usdoj.gov<br>Attorneys for Respondent-Appellee | HILARY POTASHNER<br>Federal Public Defender<br>SEAN K. KENNEDY<br>Attorney<br>GIA KIM<br>JONATHAN C. AMINOFF<br>Deputy Federal Public Defenders<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-2854<br>Email: sean_kennedy@fd.org<br>Attorneys for Petitioner-Appellant |

**JOINT STATUS REPORT**

The parties hereby submit this mediation joint status report pursuant to this Court's order of August 5, 2014. (Dkt. No. 60.)

The parties participated in a telephonic conference on September 29, 2014. Counsel for the government, Assistant United States Vincent Kirby, stated that the United States Attorney's Office for the District of Arizona has reviewed petitioner-appellant's submission and forwarded a written recommendation to the Attorney General's Review Committee on Capital Cases in Washington, DC. The Capital Case Committee is currently reviewing the submission and recommendation.

The next telephonic conference is scheduled for December 1, 2014.

Respectfully submitted,

HILARY POTASHNER
Acting Federal Public Defender

DATED: September 29, 2014 By *\/s/ Sean K. Kennedy*
SEAN K. KENNEDY
Attorney
Attorney for Petitioner-Appellant

DATED: September 29, 2014 By */s/ Vincent Q. Kirby* (per email authorization)
VINCENT Q. KIRBY
Assistant United States Attorney
Attorney for Respondent-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: September 29, 2014

*/s Carmen I. Kelly*
Carmen I. Kelly