FILED

SEP 30 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona,
Phoenix

ORDER

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

The parties shall submit a joint status report within seven days after the next scheduled mediation conference. Because the docket reflects that the next mediation conference will take place on Monday, December 1, 2014, this report shall be due no later than Monday, December 8, 2014.

**IT IS SO ORDERED.**