FILED

NOV 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
District of Arizona,
Phoenix

ORDER

The telephone conference currently scheduled for December 1, 2014, is rescheduled to December 8, 2014, at 11:00 a.m. **Pacific Time**. The court will initiate the conference call. Please make sure the undersigned has the telephone number where each participant can be contacted.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation