CA NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent-Appellee. | DC NO. CV 09-8089-MHM |

# JOINT STATUS REPORT

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA


| | |
|---|---|
| JOHN S. LEONARDO<br>United States Attorney<br>VINCENT Q. KIRBY<br>Assistant United States Attorney<br>Two Renaissance Square<br>40 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408<br>Telephone: (602) 514-7500<br>Email: vincent.kirby@usdoj.gov<br>Attorneys for Respondent-Appellee | HILARY POTASHNER<br>Acting Federal Public Defender<br>SEAN K. KENNEDY<br>Attorney<br>GIA KIM<br>JONATHAN C. AMINOFF<br>Deputy Federal Public Defenders<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-2854<br>Email: sean_kennedy@fd.org<br>Attorneys for Petitioner-Appellant |

**JOINT STATUS REPORT**

The parties hereby submit this mediation joint status report pursuant to this Court's order of September 30, 2014. (Dkt. No. 64.)

The parties participated in a telephonic conference on December 8, 2014. Counsel for the government, Assistant United States Attorney Vincent Kirby, stated that the Attorney General, having considered the submissions by the defense and the government, has directed that the United States Attorney for the District of Arizona continue to oppose the defendant's request for relief under 28 U.S.C. Section 2255.

No further telephonic conference has been scheduled.

Respectfully submitted,

HILARY POTASHNER
Acting Federal Public Defender

DATED: December 8, 2014 By *\/s/ Sean K. Kennedy*
SEAN K. KENNEDY
Attorney
Attorney for Petitioner-Appellant

JOHN S. LEONARDO
United States Attorney

DATED: December 8, 2014 By */s/ Vincent Q. Kirby* (per email authorization)
VINCENT Q. KIRBY
Assistant United States Attorney
Attorney for Respondent-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2014, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: December 8, 2014

*/s/ Isabel Prado*
ISABEL PRADO