NO. 11-99003

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

DC NO. CV 09-8089-MHM

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ARIZONA

HILARY POTASHNER
Federal Public Defender
JONATHAN C. AMINOFF
GIA KIM
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4408
Facsimile: (213) 894-0081
Email: gia_kim@fd.org

Attorneys for Petitioner-Appellant

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC**

This is an unopposed motion for a 60-day extension of time within which to file appellant Lezmond Mitchell's petition for rehearing and suggestion for rehearing en banc. This motion is made under Rules 35 and 40 of the Federal Rules of Appellate Procedure. It is based on the attached declaration of counsel, the files and records in this case, and any further information that the Court may request.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: July 2, 2015

By *<u>/s/ Gia Kim</u>*
GIA KIM
Deputy Federal Public Defender
Attorney for Petitioner-Appellant

# DECLARATION OF GIA KIM

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct:

1. I am a Deputy Federal Public Defender in the Central District of California. I represent appellant Lezmond Mitchell in this appeal.
2. The panel decision in this matter was filed on June 19, 2015. Pursuant to Federal Rules of Appellate Procedure 35(c) and 40(a)(1)(A), any petition for rehearing or suggestion for rehearing en banc must be filed by August 3, 2015. I am requesting a 60-day extension, to October 2, 2015, due to my workload and prepaid vacation.
3. My current work commitments necessitate this extension:
    a. I am responsible for preparing appellant's reply brief in *United States v. Ramirez*, CA 14-50389. This brief is currently due on July 6, 2015.
    b. I am responsible for preparing appellant's reply brief in *United States v. Palomera*, CA 14-50431. This brief is currently due on July 10, 2015, but I will likely request a 30-day extension.
    c. I am responsible for preparing appellant's reply brief in *United States v. Williams*, CA 14-50363. This brief is currently due on July 31, 2015.

d. I am responsible for preparing appellee's answering brief in *United States v. Roberts*, CA 14-50356. This brief is currently due on August 14, 2015.

e. I am responsible for preparing appellant's opening brief in *United States v. Aguilera-Lara*, CA 15-50055. This brief is currently due on August 14, 2015.

f. I will be presenting oral argument in this Court on September 3, 2015, in *United States v. Moskovyan*, CA 14-50247.

g. I am responsible for preparing appellant's opening brief in *United States v. Kabir*, CA 15-50078. This brief is currently due on September 8, 2015.

h. I am responsible for preparing appellant's opening brief in *United States v. Garrett*, CA 15-50216. This brief is currently due on September 8, 2015 but will likely be expedited.

i. I am responsible for preparing appellant's opening brief in *United States v. Hossain*, CA 13-50587. This brief is currently due on September 9, 2015.

4. In addition, due to a prepaid vacation, I will be out of the office from August 7 to August 17, 2015.

5. Because of the circumstances above, I will require additional time to prepare appellant's petition for rehearing and suggestion for

rehearing en banc in this case. A 60-day extension would extend the due date to October 2, 2015. I have exercised diligence in this matter, and I anticipate being able to file the petition for rehearing by October 2, 2015.

6. On July 1, 2015, I contacted Assistant United States Attorney Vincent Kirby, counsel for appellee, regarding his position on this extension request. Mr. Kirby informed me that the government does not oppose the request.

Executed on July 2, 2015, in Los Angeles, California.

*/s/ Gia Kim*
GIA KIM

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015**,** I electronically filed the foregoing

APPELLANT'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Date: July 2, 2015

*Carmen I. Kelly*
Carmen I. Kelly