FILED

JUL 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent - Appellee. | No. 11-99003<br><br>D.C. No. 3:09-cv-08089-MHM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

Appellant's unopposed motion for an extension of time to file a petition for rehearing and/or rehearing en banc is GRANTED. The deadline is extended to October 2, 2015.