# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 30, 2015

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JAN 04 2016
FILED
DOCKETED
DATE INITIAL

Re: Lezmond C. Mitchell
v. United States
Application No. 15A682
(Your No. 11-99003)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on December 30, 2015, extended the time to and including March 24, 2016.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 04 2016

FILED
DOCKETED
DATE

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Gia Kim
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202

Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526