# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 28, 2016

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Lezmond C. Mitchell
v. United States
No. 15-8725
(Your No. 11-99003)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 24, 2016 and placed on the docket March 28, 2016 as No. 15-8725.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst